Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth R. Watson**
   Debtor(s)

Bankruptcy Case No.: 13–24199–JAD
Doc. # 46
Chapter: 13
Docket No.: 47 – 46
Concil. Conf.: May 11, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 11, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 22, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth R. Watson
    Debtor

Case No. 13-24199-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jfur    Page 1 of 2    Date Rcvd: Feb 22, 2017
    Form ID: 410    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db            +Kenneth R. Watson,    113 Vesper Street,    Bridgeville, PA 15017-2627
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
13725563      +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13782548      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13758678      +Borough of Bridgeville/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13725564     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13725562      +E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2017 01:56:06     Ally Financial,
                P.O. Box 380902,    Minneapolis, MN 55438-0902
13747321       E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2017 01:56:06
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13725565      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 23 2017 01:57:26
                Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13725566      +E-mail/Text: creditonebknotifications@resurgent.com Feb 23 2017 01:56:11     Credit One,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
13725567      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2017 02:03:01     LVNV Funding,
                P.O. Box 10584,    Greenville, SC 29603-0584
13784094       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2017 02:03:41
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13725568      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2017 01:56:56     Midland Funding,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13725569      +E-mail/PDF: cbp@onemainfinancial.com Feb 23 2017 02:03:41     One Main Financial,
                6801 Colwell Boulevard,    Irving, TX 75039-3198
13774221       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 02:32:13
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Borough of Bridgeville
cr             Chartiers Valley School District
                                                                                    TOTALS: 3, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2            User: jfur              Page 2 of 2              Date Rcvd: Feb 22, 2017
                                Form ID: 410            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Shawn N. Wright    on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
        TOTAL: 8