Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth R. Watson** | : | Case No. 13−24199−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

  *AND NOW,* this **2nd day of May, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

                       Jeffery A. Deller
                       United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth R. Watson
    Debtor

Case No. 13-24199-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 2     Date Rcvd: May 02, 2017
                  Form ID: 309     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
```
db          +Kenneth R. Watson,    113 Vesper Street,    Bridgeville, PA 15017-2627
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
13782548    +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13758678    +Borough of Bridgeville/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13725562    +EDI: GMACFS.COM May 03 2017 00:53:00      Ally Financial,    P.O. Box 380902,
              Minneapolis, MN 55438-0902
13747321     EDI: GMACFS.COM May 03 2017 00:53:00      Ally Financial serviced by Ally Servicing LLC,
              PO Box 130424,    Roseville, MN 55113-0004
13725563    +EDI: BANKAMER.COM May 03 2017 00:53:00      Bank of America,    450 American Street,
              Simi Valley, CA 93065-6285
13725564     EDI: CAPITALONE.COM May 03 2017 00:53:00      Capital One,    PO Box 85520,
              Richmond, VA 23285-5075
13725565    +EDI: CCS.COM May 03 2017 00:53:00      Credit Collection Services,    Two Wells Avenue,
              Newton Center, MA 02459-3246
13725566    +EDI: RCSFNBMARIN.COM May 03 2017 00:53:00      Credit One,    P.O. Box 98872,
              Las Vegas, NV 89193-8872
13725567    +EDI: RESURGENT.COM May 03 2017 00:53:00      LVNV Funding,    P.O. Box 10584,
              Greenville, SC 29603-0584
13784094     EDI: RESURGENT.COM May 03 2017 00:53:00      LVNV Funding, LLC its successors and assigns as,
              assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13725568    +EDI: MID8.COM May 03 2017 00:53:00      Midland Funding,    8875 Aero Drive, Suite 200,
              San Diego, CA 92123-2255
13725569    +EDI: AGFINANCE.COM May 03 2017 00:53:00      One Main Financial,    6801 Colwell Boulevard,
              Irving, TX 75039-3198
13774221     EDI: PRA.COM May 03 2017 00:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Borough of Bridgeville
cr               Chartiers Valley School District
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: lmar                  Page 2 of 2                  Date Rcvd: May 02, 2017
                               Form ID: 309                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright     on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                            TOTAL: 9