SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

        2. *Case Administrator*

UC

FROM:  *Financial Administrator*

DATE: __7/10/2017__

CASE NAME: __Watson__

CASE NUMBER: __13-24199-JAD__

Check Number __1043614__ in the amount of $ __490.03__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __12960__        Intake Clerk's Initials __NF__

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

07/05/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: KENNETH R. WATSON

Case No: 13-24199JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Bank Of America**
Retail Payment Services
Po Box 660933
Dallas, TX 75266-0933

CHECK NUMBER 1043614      AMOUNT $490.03

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: SHAWN N WRIGHT ESQ
KENNETH R. WATSON

Bank Of America**