**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KENNETH R. WATSON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:13-24199 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/04/2013 and confirmed on 11/18/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,075.57 |
| Less Refunds to Debtor | 3,058.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,017.57 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,700.00 | |
| Trustee Fee | 1,957.46 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,657.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF AMERICA** | 0.00 | 28,691.75 | 0.00 | 28,691.75 |
| Acct: 8915 | | | | |
| BANK OF AMERICA** | 17,634.42 | 4,842.12 | 0.00 | 4,842.12 |
| Acct: 8915 | | | | |
| ALLY FINANCIAL SERVICED BY ALLY SER\` | 8,499.97 | 8,499.97 | 1,239.83 | 9,739.80 |
| Acct: 1355 | | | | |
| ONE MAIN FINANCIAL(*) | 1,403.00 | 1,403.00 | 74.31 | 1,477.31 |
| Acct: | | | | |
| | | | | 44,750.98 |
| Priority | | | | |
| SHAWN N WRIGHT ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH R. WATSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH R. WATSON | 834.00 | 834.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH R. WATSON | 1,112.00 | 1,112.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 13-24199 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | KENNETH R. WATSON | 1,112.00 | 1,112.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHARTIERS VALLEY SD & BRIDGEVILLE B | 3,297.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 0736 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 119.10 | 0.00 | 119.10 |
| | Acct: 7191 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 490.03 | 490.03 | 0.00 | 490.03 |
| | Acct: XXXXXXXXXXRICA | | | | |
| | | | | | 609.13 |
| Unsecured | | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 699.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 0279 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 707.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 2649 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 45,360.11 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 3,787.52 | |
| SECURED | 27,537.39 | |
| UNSECURED | 1.406.66 | |

Date: 08/23/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com